

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

PTECH, INC. Summary Screen

Help with this form

[ Request a Certificate ]

**The exact name of the Domestic Profit Corporation:** PTECH, INC.

**Mergered into :** PTECH, INC. **on** 3/8/2002
(Note: The above entity is not registered in Massachussetts)

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043223676

**Old Federal Employer Identification Number (Old FEIN):** 000454704

**Date of Organization in Massachusetts:** 02/02/1994        **Date of Revival:** 06/01/2001

**Date of Merger:** 03/08/2002

**Current Fiscal Month / Day:** 12 / 31        **Previous Fiscal Month / Day:** 01 / 00

**The location of its principal office:**
No. and Street: 160 FEDERAL ST.
City or Town: BOSTON    State: MA    Zip: 02110    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**Name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:    State:    Zip:    Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | OUSSAMA ZIADE | 100 MARINA DR., NO.<br>QUINCY, MA 02171 USA |
| TREASURER | OUSSAMA ZIADE | 100 MARINA DR., NO.<br>QUINCY, MA 02171 USA |
| SECRETARY | OUSSAMA ZIADE | 100 MARINA DR., NO.<br>QUINCY, MA 02171 USA |

**business entity stock is publicly traded:**

**EXHIBIT 1**

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments  *Num of Shares     Total Par Value* | Total Issued and Outstanding  *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

___ Consent           ___ Manufacturer         ___ Confidential Data          ___ Does Not Require Annual Report

**X** Partnership    ___ Resident Agent     **X** For Profit                       ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2010 Commonwealth of Massachusetts
All Rights Reserved

Help

Delaware.gov | Text Only    Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION | PHOTO BY JEFFREY BOYER

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3480715 | Incorporation Date / Formation Date: | 01/15/2002 (mm/dd/yyyy) |
| Entity Name: | PTECH, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | FORFEITED | Status Date: | 02/28/2003 |

**REGISTERED AGENT INFORMATION**

Name:    No registered agent on record.

Additional Information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more..
Would you like ◯ Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

**EXHIBIT 2**